**Exhibit A to the Complaint**

**Location:** Denver, CO  
**Total Works Infringed:** 38

**IP Address:** 71.205.148.238  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 2082302054DF00CBBE92469301E22E00AAA1A568 | Blacked | 03/31/2018 04:25:11 | 03/16/2018 | 04/07/2018 | PA0002091582 |
| 2 | 0CA382D12076218E028E0F91A2387712E0C55BAF | Blacked Raw | 01/26/2018 21:55:00 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 3 | 1C73345689F4362108CA107819CF4E15E359D7A6 | Vixen | 02/14/2018 02:28:55 | 02/13/2018 | 02/17/2018 | 16335134323 |
| 4 | 1F11AA8DB1D64E7C980693CBD8C37407A6C3963C | Tushy | 03/03/2018 20:21:12 | 03/02/2018 | 03/15/2018 | 16490951027 |
| 5 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 03/03/2018 20:25:08 | 02/28/2018 | 03/15/2018 | 16490950592 |
| 6 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/21/2018 03:40:54 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 7 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 01/13/2018 21:39:42 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 8 | 2D9075EBB1F26DF17BDDA3A97A44F322D12AFCB4 | Blacked Raw | 01/14/2018 21:58:17 | 01/12/2018 | 01/20/2018 | 16215823770 |
| 9 | 2DB0092A8EED28CD52AA6DD3FB848B68C75B8F77 | Blacked | 02/01/2018 17:05:41 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 10 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 03/25/2018 05:49:55 | 03/22/2018 | 04/07/2018 | 16490950860 |
| 11 | 3167F488718CD08A4B50DE094DB519B5F047DE25 | Vixen | 01/25/2018 02:15:30 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 12 | 3E4FBC40AA0140DD8BD9F7A05DF5907944E911A7 | Tushy | 01/18/2018 00:33:16 | 01/16/2018 | 01/20/2018 | 16215823881 |
| 13 | 44F3F16CC60D7AE034BB31F4EE5BF34D9BA6DEE7 | Blacked Raw | 03/14/2018 00:21:29 | 03/13/2018 | 04/07/2018 | 16490951096 |
| 14 | 468F8F9C289EBCD1B02725682736E024D3F22872 | Blacked Raw | 03/29/2018 18:28:52 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 15 | 482EA71BEC5AA2890CF65E164E50D2DFF6FD0E6C | Blacked Raw | 03/09/2018 04:05:56 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 16 | 4C0A6860372B31EAD5CF0A781499B0EE7BDF31AD | Tushy | 02/01/2018 17:32:28 | 01/21/2018 | 02/03/2018 | 16288762511 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 5BA3166867A586702EBE0371EB36C7F2E64CFC59 | Blacked | 03/25/2018 00:39:51 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 18 | 663473947A83C1362D6B7709A77013F628914521 | Tushy | 02/03/2018 02:59:12 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 19 | 6AE31F264102A6462FF216CA8B237190AA8A962B | Blacked Raw | 02/12/2018 01:51:59 | 02/11/2018 | 02/17/2018 | 16331855536 |
| 20 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/01/2017 10:50:52 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 21 | 733188B563BF15CED19162980E4D587EC3C32F1D | Vixen | 01/15/2018 13:06:24 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 22 | 76D422C054AE63677C63842F31FB8D07159E98AC | Blacked Raw | 01/23/2018 03:04:40 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 23 | 799587D30CDE4C606A2DDF8C3F12EA945564E492 | Blacked Raw | 03/25/2018 02:20:07 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 24 | 7FC9DE61CAFCC584A35260373FE2B9EA73639464 | Blacked | 02/12/2018 01:50:21 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 25 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 03/31/2018 04:00:49 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 26 | AADBDD2DE25280121018203229E0829394F40C03 | Blacked Raw | 01/26/2018 22:02:18 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 27 | AFD509E0A03A7245C4EE116E365A6E0E23110FDE | Blacked Raw | 03/25/2018 00:48:34 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 28 | B317FCD1CAA8B3D988FA986268A0370127FF211E | Blacked Raw | 01/29/2018 00:34:40 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 29 | BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71 | Blacked Raw | 02/07/2018 10:43:06 | 02/01/2018 | 02/07/2018 | 16288762262 |
| 30 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 01/15/2018 10:24:15 | 12/28/2017 | 01/18/2018 | 16215970231 |
| 31 | BF5513FE21789AD7C2EB9602DD62432A783D2EF4 | Blacked | 03/12/2018 23:29:29 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 32 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 02/03/2018 00:27:18 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 33 | DEAC72313D8FA5FA10BC6715C261FEB51D8C7133 | Blacked | 01/27/2018 00:03:17 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 34 | DF9CBA130CD5EE1CAD422EF89F1F0596026E4999 | Blacked | 01/15/2018 13:06:42 | 01/10/2018 | 01/15/2018 | PA0002070942 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E0417B325BFC0DBF30BD392B8C3DF2E46ECBEE4E | Blacked | 03/27/2018 00:44:43 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 36 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/01/2017 10:45:06 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 37 | EBBFDE5C33CC573DC3F103765B8680C1F562BE87 | Blacked | 01/15/2018 23:40:15 | 01/15/2018 | 01/20/2018 | 16215970440 |
| 38 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | Blacked | 01/15/2018 01:24:44 | 12/31/2017 | 01/18/2018 | 16199943531 |