**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01388-WYD-MEH

STRIKE 3 HOLDINGS, LLC,

       Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.205.148.238,

       Defendant.

---

**PLAINTIFF'S VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 71.205.148.238 are voluntarily dismissed with prejudice.

Dated: September 18, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD LLP
　　　　　　　　　　　　　　　　　　　　10250 Constellation Blvd., Suite 900
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 598-4150
　　　　　　　　　　　　　　　　　　　　lbandlow@foxrothschild.com
　　　　　　　　　　　　　　　　　　　　Maureen E. Carroll, Esq.
　　　　　　　　　　　　　　　　　　　　1225 17th Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 292-1200
　　　　　　　　　　　　　　　　　　　　mcarroll@foxrothschild.com
　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***
　　　　　　　　　　　　　　　　　　　　***Strike 3 Holdings, LLC***